1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Maria Rodriguez-Albarran

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,        )    Case No. 07MJ2810-01
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )    **CERTIFICATE OF SERVICE**
                                      )
14 | MARIA RODRIGUEZ-ALBARRAN,        )
                                      )
15 |         Defendant.                )
   |_____  )
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov;
20
                       Maxine I. Dobro
21                  maxdobro@aol.com; and

22                    Wayne Charles Mayer
                        wcmayer@aol.com
23

24                           Respectfully submitted,

25

26 DATED:    December 6, 2007              /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
27                                         Federal Defenders of San Diego, Inc.
                                          Attorneys for Maria Rodriguez-Albarran
28