UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Maria Rodriguez Albarran et al ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 07MJ2810 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

Ruben B. Brooks

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

Margarita Marquina Deleon

DATED: 12/07/07

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____  
Deputy Clerk

CLERK'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082