UNITED STATES DISTRICT COURT

Southern District of California

*07 mj 2810*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07 CR 3379 JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARIA RODRIGUEZ ALBARRAN, LADY | ) | ORDER |
| WALLEZCA MUNOZ AGUILAR, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness MARGARITA MARQUINA DELEON be returned to the surety listed in the bonding documents, to wit: Bartolo Salgado, 13 Calle Vaqueta, Rancho Santa Margarita, CA 92688.

**FURTHER,** it is hereby ordered the STATUS HEARING set January 29, 2008 is vacated.

**Dated:** January  25, 2008

The Honorable Ruben B. Brooks
United States Magistrate Judge

07 CR 3379 JM